# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **SPENCER STRATTON** by and through biological mother, natural guardian, next friend, guardian ad litem **KATHY STRATTON**, | ) ) ) ) ) | JUDGMENT IN CASE |
| Petitioner, | ) ) | 3:20-cv-00455-MR |
| vs. | ) ) | |
| **STATE of NORTH CAROLINA, NORTH CAROLINA DEPARTMENT of HEALTH and HUMAN SERVICES, MECKLENBURG COUNTY DEPARTMENT of SOCIAL SERVICES, MECKLENBURG COUNTY CLERK of COURT,** | ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2021 Memorandum of Decision and Order.

February 1, 2021

Frank G. Johns, Clerk
United States District Court